# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0778

_____

CATHERINE ROCHELLE HINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John Simon, Jr., Judge.


June 19, 2024

PER CURIAM.

DISMISSED as untimely. *See Pelham v. State*, 279 So. 3d 852, 853 (Fla. 1st DCA 2019) ("The failure to file a timely appeal deprives this Court of jurisdiction.").

RAY, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce A. Miller, Public Defender, and Jason R. Lewis, Assistant Public Defender, Pensacola, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.